L-23982                                                                                                  Atty. No. 03122391

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| KIMBERLY BLESSEN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 09 C 8021 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled cause, by their respective attorneys, that the above-entitled cause may be dismissed with prejudice and without costs to either party, the subject matter of the litigation and all matters and issues in controversy having been settled in full.

Dated: November 19, 2010.

        s/ John S. Bishof, Jr.
        Law Offices of John S. Bishof
        Attorneys for Plaintiff

        s/ Daniel R. LaFave
        Daniel R. LaFave
        Attorney for Defendant

Daniel R. LaFave, #03122391
Attorney for defendant
Union Pacific Railroad Company
101 North Wacker Drive, Room 1920
Chicago, IL  60606
Tel: 312/777-2046

G:\LAW\LITIGATE\L23982\2010_10_22 Stip to Dismiss.doc